| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17281-AMC**

MICHAEL J DA GROSSA  
LINDA J DA GROSSA  
1308 STATE ROAD  
CROYDON PA    19021

Petition Filed Date: 11/02/2018  
341 Hearing Date: 12/07/2018  
Confirmation Date: 03/27/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $130.00 | | 01/31/2019 | $130.00 | | 02/28/2019 | $130.00 | |
| 04/01/2019 | $200.00 | | 05/01/2019 | $200.00 | | 06/03/2019 | $200.00 | |
| 07/08/2019 | $200.00 | | 08/01/2019 | $200.00 | | 08/30/2019 | $200.00 | MoneyGram Pa |
| 10/02/2019 | $200.00 | | 11/01/2019 | $200.00 | | 12/03/2019 | $200.00 | |
| 01/03/2020 | $200.00 | | 02/03/2020 | $200.00 | | 03/03/2020 | $200.00 | |
| 04/01/2020 | $200.00 | | 05/04/2020 | $200.00 | | 06/02/2020 | $200.00 | |
| 07/02/2020 | $200.00 | | 08/03/2020 | $200.00 | | | | |

**Total Receipts for the Period: $3,790.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,920.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | EXETER FINANCE CORPORATION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $12,429.06 | $0.00 | $12,429.06 |
| 1 | SELECT PORTFOLIO SERVICING INC<br>»» 001 | Mortgage Arrears | $3,343.12 | $880.88 | $2,462.24 |
| 2 | WELLS FARGO BANK<br>»» 002 | Unsecured Creditors | $10,238.88 | $0.00 | $10,238.88 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $15,551.77 | $0.00 | $15,551.77 |
| 6 | MICHAEL S SCHWARTZ ESQ<br>»» 006 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 18-17281-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,920.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $3,380.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $359.12 | Total Plan Base: | $6,920.00 |
| Funds on Hand: | $180.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.