| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17281-AMC**

MICHAEL J  DA  GROSSA
LINDA J  DA  GROSSA
1308 STATE ROAD
CROYDON  PA    19021

Petition Filed Date: 11/02/2018
341 Hearing Date: 12/07/2018
Confirmation Date: 03/27/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $200.00 | | 02/03/2020 | $200.00 | | 03/03/2020 | $200.00 | |
| 04/01/2020 | $200.00 | | 05/04/2020 | $200.00 | | 06/02/2020 | $200.00 | |
| 07/02/2020 | $200.00 | | 08/03/2020 | $200.00 | | 09/01/2020 | $200.00 | |
| 10/02/2020 | $200.00 | | 11/02/2020 | $200.00 | | 12/03/2020 | $200.00 | |
| 01/05/2021 | $200.00 | | 02/01/2021 | $200.00 | | 03/04/2021 | $200.00 | |
| 04/05/2021 | $200.00 | | 05/03/2021 | $200.00 | | 06/02/2021 | $200.00 | |

**Total Receipts for the Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,920.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | EXETER FINANCE CORPORATION<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $12,429.06 | $0.00 | $12,429.06 |
| 1 | SELECT PORTFOLIO SERVICING INC<br>»»  001 | Mortgage Arrears | $3,343.12 | $2,722.88 | $620.24 |
| 2 | WELLS FARGO BANK<br>»»  002 | Unsecured Creditors | $10,238.88 | $0.00 | $10,238.88 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»»  005 | Unsecured Creditors | $15,551.77 | $0.00 | $15,551.77 |
| 6 | MICHAEL S SCHWARTZ ESQ<br>»»  006 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 18-17281-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,920.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $5,222.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $517.12 | Total Plan Base: | $6,920.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.