Certificate Number: 15317-PAE-DE-036122973

Bankruptcy Case Number: 18-17281



15317-PAE-DE-036122973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2021, at 5:39 o'clock PM PDT, Linda J Dagrossa completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    November 8, 2021

By:    /s/Ralph Hongria

Name:    Ralph Hongria

Title:    Credit Counselor